1  Douglas W. Lytle (Bar No. 178315)
   lytle@dsmwlaw.com
2  **DUCKOR SPRADLING METZGER & WYNNE**
   A Law Corporation
3  3043 4th Avenue
   San Diego, California 92103
4  (619) 209-3000; (619) 209-3043 fax

5  Attorneys for Plaintiff
   HONOR LIFE, INC.

6

7

```
┌─────────────────────────────┐
│           FILED             │
│        JUN 0 5 2008         │
│   CLERK, U.S. DISTRICT COURT│
│ SOUTHERN DISTRICT OF CALIFORNIA│
│ BY      ESe        DEPUTY   │
└─────────────────────────────┘
```

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  HONOR LIFE, INC.,                    CASE NO.: _____

12              Plaintiff,               '08 CV 1008 L POR

                                         COMPLAINT FOR COPYRIGHT
13       v.                              INFRINGEMENT AND DEMAND FOR JURY
                                         TRIAL
14  UNICORN TILE CORPORATION and
    OCEAN CHARM, INC. d/b/a              Action Filed:
15  AMERICAN TILE AND MARBLE             Trial Date:   None set
    DESIGN, and DOES 1-20, inclusive,
16
              Defendants.
17

18

19       Plaintiff Honor Life, Inc. ("HLI") submits this Complaint for Copyright Infringement and

20  alleges:

21                                  **PARTIES**

22       1.      Plaintiff HLI is a corporation of the state of California having its corporate

23  headquarters and principal place of business located at 955 Park Center Drive, Vista, California

24  92081.  HLI is in the business, *inter alia*, of creating, manufacturing, and selling decorative

25  medallions made of natural stone, including the specific designs and drawings for the medallions

26  identified herein.

27       2.      On information and belief, defendant, UNICORN TILE CORPORATION

28  ("Unicorn Tile"), is a corporation of the state of California having an office and place of business

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

383648.1                    COMPLAINT FOR COPYRIGHT INFRINGEMENT              Case No. _____

1    at 2020 E. Orangethorpe Ave., Anaheim, CA 92806.  On information and belief, Unicorn Tile is

2    in the business, *inter alia*, of importing and selling mosaic and water jet stone medallions and tile

3    borders to residential and commercial customers and otherwise conducts business in this judicial

4    district.

5          3.       On information and belief, defendant, OCEAN CHARM INC. ("Ocean Charm"),

6    is a corporation of the State of California having an office and place of business at 2 Sidney Bay

7    Drive, Newport Coast, California 92657.  On information and belief, Ocean Charm is doing

8    business as AMERICAN TILE AND MARBLE DESIGN ("American Tile"), with an office and a

9    place of business at 2125 E. Howell Ave., Suite B, Anaheim, CA 92806.  On information and

10   belief, Ocean Charm d/b/a American Tile is in the business, *inter alia*, of importing and selling

11   water jet stone medallions and otherwise conducting business in this judicial district.

12         4.       The true names and capacities, whether individual, corporate, associate or

13   otherwise of the fictitiously named DOE Defendants are unknown to Plaintiff at this time, who

14   therefore sues such Defendants by their fictitious names.  Plaintiff further alleges that each of the

15   fictitious DOE Defendants is in some manner responsible for the acts and occurrences hereinafter

16   set forth.  Plaintiff will amend this Complaint to show their true names and capacities when the

17   same are ascertained, as well as the manner in which each fictitious Defendant is responsible for

18   the damages sustained by Plaintiff.

19         5.       Plaintiff is informed and believes and based thereon alleges that each Defendant

20   was the agent, alter-ego, joint venturer, servant and employee of each other Defendant, and in

21   performing the acts described in this Complaint, was acting in the scope of his, her, or its

22   authority with the consent of each other Defendant.  Each Defendant ratified and/or authorized

23   the wrongful acts of each of the other Defendants.

24         6.       The above named defendants and the fictitiously named DOE defendants

25   (collectively, the "Defendants") are jointly and severally liable and are legally responsible for the

26   wrongful conduct that caused the damages to Plaintiff as alleged in this Complaint.

27   ///

28   ///

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 2 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT                    Case No. ____

## JURISDICTION AND VENUE

7.     This is a suit for injunctive and other relief under the Copyright Act of 1976, 17 U.S.C. § 101 et seq., and for copyright infringement pursuant to 17 U.S.C. § 501.

8.     This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. § 501 and Title 28, United States Code, §§ 1331 and 1338 (a).  Venue is proper in this judicial district under Title 28, United States Code §§ 1400, 1391(b) and 1391(c) because, *inter alia*, defendants reside in and are subject to personal jurisdiction in this district under California's long arm statute and the Due Process Clause of the Constitution.  Plaintiff's claims also arose in this district.

## PLAINTIFF'S COPYRIGHTS

9.     Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial owner of the copyright and related U.S. Copyright Registration No. VA 1 353 112 for the "4028 01" design of cut stone (the "'112 registration"), which was created in 2005, published on January 3, 2006 and registered on February 22, 2006, and has at all times appeared with the appropriate copyright notice.  A copy of this registration is attached hereto and made a part of this Complaint as EXHIBIT A.

10.     Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial owner of the copyright and related U.S. Copyright Registration No. VA 1 311 707 for the "2830 01" design of cut stone (the "'707 registration"), which was created in 2003 and registered on March 8, 2004, and has at all times appeared with the appropriate copyright notice.  A copy of this registration is attached hereto and made a part of this Complaint as EXHIBIT B.

11.     Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial owner of the copyright and related U.S. Copyright Registration No. VA 1 311 700 for the "3940 01" design of cut stone (the "'700 registration"), which was created in 2003, published on May 13, 2003 and registered on March 8, 2004, and has at all times appeared with the appropriate copyright notice.  A copy of this registration is attached hereto and made a part of this Complaint as EXHIBIT C.

///

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 3 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT

Case No. _____

1    12.    Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial

2    owner of the copyright and related U.S. Copyright Registration No. VA 1 311 699 for the "3075

3    01" design of cut stone (the "'699 registration"), which was created in 2003, published on May 22,

4    2003 and registered on March 8, 2004, and has at all times appeared with the appropriate

5    copyright notice. A copy of this registration is attached hereto and made a part of this Complaint

6    as EXHIBIT D.

7    13.    Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial

8    owner of the copyright and related U.S. Copyright Registration No. VA 1 311 698 for the "2930

9    01" design of cut stone (the "'698 registration"), which was created in 2003, published on August

10    1, 2003 and registered on March 8, 2004, and has at all times appeared with the appropriate

11    copyright notice. A copy of this registration is attached hereto and made a part of this Complaint

12    as EXHIBIT E.

13    14.    Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial

14    owner of the copyright and related U.S. Copyright Registration No. VA 1 299 787 for the "3205

15    01" design of cut stone (the "'787 registration"), which was created in 2005, published on January

16    11, 2005 and registered on February 8, 2005, and has at all times appeared with the appropriate

17    copyright notice.   A copy of this registration is attached hereto and made a part of this Complaint

18    as EXHIBIT F.

19    15.    Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial

20    owner of the copyright and related U.S. Copyright Registration No. VA 1 299 781 for the "3026

21    01" design of cut stone (the "'781 registration"), which was created in 2005, published on January

22    11, 2005 and registered on February 8, 2005, and has at all times appeared with the appropriate

23    copyright notice. A copy of this registration is attached hereto and made a part of this Complaint

24    as EXHIBIT G.

25    16.    Plaintiff has complied with 17 U.S.C. § 411(a) and is the legal and beneficial

26    owner of the copyright and related U.S. Copyright Registration No. VA 1 380 758 for the "2275

27    01" design of cut stone (the "'758 registration"), which was created in 2006, published on August

28    29, 2006 and registered on September 5, 2006, and has at all times appeared with the appropriate

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 4 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT          Case No. _____

1    copyright notice.  A copy of this registration is attached hereto and made a part of this Complaint

2    as EXHIBIT H.

3        17.    The HLI medallions are sold throughout the United States to residential and

4    commercial customers.    Each of Plaintiff's Works have been made widely available and

5    accessible through multiple internet websites operated by plaintiff, as well as through trade

6    shows, brochures, design centers and catalogs.

7        18.    Plaintiff's Works as identified above in paragraphs 9-16 inclusive, contain a

8    substantial amount of expression wholly original to Plaintiff and constitute copyrightable subject

9    matter.

10       19.    Subsequent to the creation of the Works identified above, HLI is, and at all

11   relevant times has been, the owner of the copyright in the Works.  HLI has also never assigned

12   the copyright in such Works to any other entity.

13               **DEFENDANT UNICORN TILE'S ACTS OF INFRINGEMENT**

14       20.    Long subsequent to Plaintiff's creation of the above Works, defendant, Unicorn

15   Tile, upon information and belief, commenced the copying, display and/or distribution, in

16   commerce, of medallions titled "Verona" and "Victoria" (the "accused Unicorn Tile works")

17   which are copies identical or substantially similar to, or are unauthorized derivative works

18   substantially similar to HLI's copyrighted product Nos. 3205 01 (compare Exhibit F to Exhibit I-4

19   and I-5 "Verona") and 3026 01 (compare Exhibit G to Exhibit I-4 and I-6 "Victoria"),

20   respectively, for the purpose of displaying and selling the accused products for profit.

21       21.    The accused Unicorn Tile products directly compete with HLI's product Nos. 3205

22   01 and 3026 01.

23       22.    Upon information and belief, Unicorn Tile operates a website at unicorn-tiles.com,

24   which displays the Victoria and Verona medallions.  Copies of Unicorn Tile's website and web

25   pages displaying the Victoria and Verona medallions are attached hereto and made a part of the

26   Complaint as EXHIBIT I.

27       23.    Given the commercial purpose and nature of the Victoria and Verona medallions,

28   the copying, display, and/or distribution cannot be characterized as a credible form of "fair use."

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION
38383648.1

- 5 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT          Case No. ____

1    24.    Upon information and belief, Unicorn Tile has reproduced, displayed, distributed

2    and/or sold or otherwise transferred its Victoria and Verona medallions in the United States and

3    within in this judicial district.

4    25.    Unless enjoined and restrained, defendant's conduct threatens to further infringe

5    plaintiff's copyright interests.

6    26.    Unicorn Tile is well aware and, since long prior to the acts complained of herein,

7    has been well aware of Plaintiff's Works, which have been published and clearly marked with a

8    copyright notice.

9    27.    Unicorn Tile's preparation of, copying, display and/or distribution of the Unicorn

10   Tile accused products is without license or consent of Plaintiff and constitutes copyright

11   infringement.

12   28.    In 2008, prior to commencing this action, Roger Souders, Vice President of HLI

13   met Mr. Tey Shen Mai, President of Unicorn Tile at the Surfaces trade show in Las Vegas and

14   informed him that HLI owned copyrights on several of the designs in Unicorn Tile's 2008 product

15   catalogue.

16   29.    On February 14, 2008, Mr. Souders sent a letter to Mr. Mai, providing notice of

17   infringement and detailing the above the copyright infringement by the, *inter alia*, Victoria and

18   Verona designs.  A copy of the letter (without exhibits) is attached hereto and made a part of the

19   Complaint as EXHIBIT J.

20   30.    On March 3, 2008, Mr. Mai responded to the February 14, 2008 letter, stating that

21   "our company is not the producer of the medallions that we carry.  Our Company purchased the

22   medallions from factories in China.  Based on the fact above, we are not pulling the products

23   from the market and we are not paying any kind of license fees."  The Unicorn Tile letter is

24   attached hereto and made a part of the Complaint as EXHIBIT K.

25   31.    To date, Unicorn Tile has not discontinued its infringement, despite having

26   expressly acknowledged being informed of plaintiff's copyrights.

27   **DEFENDANT OCEAN CHARM'S ACTS OF INFRINGEMENT**

28   32.    Ocean Charm is the registrant of the domain names atmarbledesign.com and

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 6 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT

Case No. _____

medallionunlimited.com which, long subsequent to Plaintiff's creation of the Works, has displayed on its websites http://medallionunlimited.com and www.atmarbledesign.com the following medallions (the "Ocean Charm accused works") which are copies identical or substantially similar to, or are unauthorized derivative works substantially similar to plaintiff's copyrighted works as indicated:

A.    WR 705B (compare Exhibit L-5 to Exhibit A – plaintiff's "4028-01");

B.    WR 880C and MR-701 (compare Exhibit L-6 and Exhibit L-9 to Exhibit B – plaintiff's "2830-01");

C.    WS 787 (compare Exhibit L-7 to Exhibit C – plaintiff's "3940-01");

D.    MS 770 (compare Exhibit L-11 to Exhibit D – plaintiff's "3075-01");

E.    MR 712 (compare Exhibit L-10 to Exhibit E – plaintiff's "2930-01");

F.    MR 826 (compare Exhibit L-10 to Exhibit G – plaintiff's "3026 01"); and

G.    MR 827 (compare Exhibit L-10 to Exhibit H – plaintiff's "2275-01")

33.    The Ocean Charm accused products directly compete with HLI's product Nos. 4028 01, 2830 01, 3940 01, 3075 01, 2930 01, 3026 01 and 2275 01.  Copies of Ocean Charm's website and web pages from www.atmarbledesign.com that display its WR 705B, WR 880C and MR 701, WS 787, MS 770, MR 712, MR 826 and MR 827 medallions are attached hereto and made a part of the Complaint as collective EXHIBIT L.

34.    Long after Plaintiff's creation of the Works identified above, Ocean Charm d/b/a American Tile and Marble Design, commenced the preparation of, copying, display and/or distribution, in commerce, of the Ocean Charm accused products for the purpose of displaying, distributing, and/or selling or otherwise transferring the products for profit.

35.    Given the commercial purpose and nature of the WR 705B, WR 880C and MR 701, WS 787, MS 770, MR 712, MR 826 and MR 827 medallions, the preparing, copying, display, and distribution cannot be characterized as a credible form of "fair use."

36.    Upon information and belief, Ocean Charm d/b/a American Tile has prepared, reproduced, displayed, distributed and/or sold or otherwise transferred its WR 705B, WR 880C and MR 701, WS 787, MS 770, MR 712, MR 826 and MR 827 medallions in the United States.

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

1    37.    Unless enjoined and restrained, defendant's conduct threatens to further infringe

2    plaintiff's copyright interests.

3    38.    Ocean Charm is well aware and, since long prior to the acts of Ocean Charm

4    complained of herein, has been well aware of Plaintiff's Works, which have been published and

5    clearly marked with a copyright notice.

6    39.    Ocean Charm's use of the Ocean Charm accused products is without license or

7    consent of Plaintiff and constitutes copyright infringement.

8    ## COUNT I

9    ## COPYRIGHT INFRINGEMENT OF THE '112 REGISTRATION

10    40.    Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1

11    through 19, and 32 through 39 as if fully set forth herein.

12    41.    All statutory conditions precedent to the institution and maintenance of the instant

13    action have been performed or have occurred.

14    42.    Defendant Ocean Charm has infringed, contributed to, or induced the infringement

15    of Plaintiff's copyrighted Work Registration No. VA 1 353 112, for the "4028 01" design of cut

16    stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and

17    reproduced, assisting in making and reproducing, displaying and/or distributing Medallion No.

18    WR 705B, which is identical to or substantially similar to the work of plaintiff's '112 registration.

19    43.    On information and belief, Ocean Charm's aforesaid acts were deliberate, willful,

20    and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done

21    so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

22    44.    Ocean Charm's aforesaid acts have caused and will continue to cause substantial

23    and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work

24    unless such acts are restrained by this Court.

25    45.    Further irreparable harm to plaintiff is imminent as a result of Ocean Charm's

26    conduct, and HLI is without an adequate remedy at law.

27    46.    Plaintiff is entitled to an injunction restraining Ocean Charm, its officers, directors,

28    agents, employees, representatives and all persons acting in concert with them from engaging in

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 8 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Case No. _____

1    further such acts of copyright infringement and to an impounding and disposition of all remaining

2    infringing medallions under defendant's control or possession.

3        47.    Plaintiff is further entitled to recover from Ocean Charm the damages sustained by

4    Plaintiff as a result of Ocean Charm's acts of copyright infringement.

5        48.    Plaintiff is further entitled to an accounting and to recover from Ocean Charm the

6    gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

7        49.    Plaintiff is alternatively further entitled to recover statutory damages under 17

8    U.S.C. § 504 for violation of its registered copyright.

9        50.    Plaintiff is further entitled to an award of its "full costs" and its reasonable

10    attorney's fees.

11                                **COUNT II**

12        **COPYRIGHT INFRINGEMENT OF THE '707 REGISTRATION**

13        51.    Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1

14    through 19, and 32 through 50 as if fully set forth herein.

15        52.    All statutory conditions precedent to the institution and maintenance of the instant

16    action have been performed or have occurred.

17        53.    Defendant Ocean Charm has infringed, contributed to, or induced the infringement

18    of Plaintiff's copyrighted Work Registration No. VA 1 311 707, for the "2830 01" design of cut

19    stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and

20    reproduced, assisting in making and reproducing, displaying and/or distributing Medallion Nos.

21    WR 880C and MR 701, which are identical to or substantially similar to the work of the '707

22    registration.

23        54.    On information and belief, Ocean Charm's aforesaid acts were deliberate, willful,

24    and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done

25    so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

26        55.    Ocean Charm's aforesaid acts have caused and will continue to cause substantial

27    and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work

28    unless such acts are restrained by this Court.

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 9 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT                    Case No. _____

56.    Further irreparable harm to plaintiff is imminent as a result of Ocean Charm's conduct, and HLI is without an adequate remedy at law.

57.    Plaintiff is entitled to an injunction restraining Ocean Charm, its officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement and to an impounding and disposition of all remaining infringing medallions under defendant's control or possession.

58.    Plaintiff is further entitled to recover from Ocean Charm the damages sustained by Plaintiff as a result of Ocean Charm's acts of copyright infringement.

59.    Plaintiff is further entitled to an accounting and to recover from Ocean Charm the gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

60.    Plaintiff is alternatively further entitled to recover statutory damages under 17 U.S.C. § 504 for violation of its registered copyright.

61.    Plaintiff is further entitled to an award of its "full costs" and its reasonable attorney's fees.

## COUNT III

## COPYRIGHT INFRINGEMENT OF THE '700 REGISTRATION

62.    Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 19, and 32 through 61 as if fully set forth herein.

63.    All statutory conditions precedent to the institution and maintenance of the instant action have been performed or have occurred.

64.    Defendant Ocean Charm has infringed, contributed to, or induced the infringement of Plaintiff's copyrighted Work Registration No. VA 1 311 700, for the "3940 01" design of cut stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and reproduced, assisting in making and reproducing, displaying and/or distributing Medallion No. WS 787, which is identical to or substantially similar to the work of the '700 Registration.

65.    On information and belief, Ocean Charm's aforesaid acts were deliberate, willful, and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT          Case No. _____

66. Ocean Charm's aforesaid acts have caused and will continue to cause substantial and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work unless such acts are restrained by this Court.

67. Further irreparable harm to plaintiff is imminent as a result of Ocean Charm's conduct, and HLI is without an adequate remedy at law.

68. Plaintiff is entitled to an injunction restraining Ocean Charm, its officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement and to an impounding and disposition of all remaining infringing medallions under defendant's control or possession.

69. Plaintiff is further entitled to recover from Ocean Charm the damages sustained by Plaintiff as a result of Ocean Charm's acts of copyright infringement.

70. Plaintiff is further entitled to an accounting and to recover from Ocean Charm the gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

71. Plaintiff is alternatively further entitled to recover statutory damages under 17 U.S.C. § 504 for violation of its registered copyright.

72. Plaintiff is further entitled to an award of its "full costs" and its reasonable attorney's fees.

## COUNT IV

## COPYRIGHT INFRINGEMENT OF THE '699 REGISTRATION

73. Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 19, and 32 through 72 as if fully set forth herein.

74. All statutory conditions precedent to the institution and maintenance of the instant action have been performed or have occurred.

75. Defendant Ocean Charm has infringed, contributed to, or induced the infringement of Plaintiff's copyrighted Work Registration No. VA 1 311 699, for the "3075 01" design of cut stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and reproduced, assisting in making and reproducing, displaying and/or distributing Medallion No. MS 770, which is identical to or substantially similar to the work of the '699 registration.

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 11 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT                    Case No. _____

76.     On information and belief, Ocean Charm's aforesaid acts were deliberate, willful, and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

77.     Ocean Charm's aforesaid acts have caused and will continue to cause substantial and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work unless such acts are restrained by this Court.

78.     Further irreparable harm to plaintiff is imminent as a result of Ocean Charm's conduct, and HLI is without an adequate remedy at law.

79.     Plaintiff is entitled to an injunction restraining Ocean Charm, its officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement and to an impounding and disposition of all remaining infringing medallions under defendant's control or possession.

80.     Plaintiff is further entitled to recover from Ocean Charm the damages sustained by Plaintiff as a result of Ocean Charm's acts of copyright infringement.

81.     Plaintiff is further entitled to an accounting and to recover from Ocean Charm the gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

82.     Plaintiff is alternatively further entitled to recover statutory damages under 17 U.S.C. § 504 for violation of its registered copyright.

83.     Plaintiff is further entitled to an award of its "full costs" and its reasonable attorney's fees.

<u>COUNT V</u>

<u>COPYRIGHT INFRINGEMENT OF THE '698 REGISTRATION</u>

84.     Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 19, and 32 through 83 as if fully set forth herein.

85.     All statutory conditions precedent to the institution and maintenance of the instant action have been performed or have occurred.

86.     Defendant Ocean Charm has infringed, contributed to, or induced the infringement of Plaintiff's copyrighted Work Registration No. VA 1 311 698, for the "2930 01" design of cut

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT     Case No. _____

1    stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and

2    reproduced, assisting in making and reproducing, displaying and/or distributing the Medallion

3    No. MR 712, which is identical to or substantially similar to the work of the '698 Registration.

4        87.    On information and belief, Ocean Charm's aforesaid acts were deliberate, willful,

5    and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done

6    so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

7        88.    Ocean Charm's aforesaid acts have caused and will continue to cause substantial

8    and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work

9    unless such acts are restrained by this Court.

10        89.    Further irreparable harm to plaintiff is imminent as a result of Ocean Charm's

11    conduct, and HLI is without an adequate remedy at law.

12        90.    Plaintiff is entitled to an injunction restraining Ocean Charm, its officers, directors,

13    agents, employees, representatives and all persons acting in concert with them from engaging in

14    further such acts of copyright infringement and to an impounding and disposition of all remaining

15    infringing medallions under defendant's control or possession.

16        91.    Plaintiff is further entitled to recover from Ocean Charm the damages sustained by

17    Plaintiff as a result of Ocean Charm's acts of copyright infringement.

18        92.    Plaintiff is further entitled to an accounting and to recover from Ocean Charm the

19    gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

20        93.    Plaintiff is alternatively further entitled to recover statutory damages under 17

21    U.S.C. § 504 for violation of its registered copyright.

22        94.    Plaintiff is further entitled to an award of its "full costs" and its reasonable

23    attorney's fees.

## COUNT VI

## COPYRIGHT INFRINGEMENT OF THE '781 REGISTRATION

26        95.    Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1

27    through 19, and 32 through 94 as if fully set forth herein.

28        96.    All statutory conditions precedent to the institution and maintenance of the instant

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 13 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT

Case No. _____

1    action have been performed or have occurred.

2          97.    Defendant Ocean Charm has infringed, contributed to, or induced the infringement

3    of Plaintiff's copyrighted Work Registration No. VA 1 299 781, for the "3026 01" design of cut

4    stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and

5    reproduced, assisting in making and reproducing, displaying and/or distributing the Ocean Charm

6    No. MR 826 medallion, which is identical to or substantially similar to the work of the '781

7    Registration.

8          98.    On information and belief, Ocean Charm's aforesaid acts were deliberate, willful,

9    and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done

10   so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

11         99.    Ocean Charm's aforesaid acts have caused and will continue to cause substantial

12   and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work

13   unless such acts are restrained by this Court.

14         100.    Further irreparable harm to plaintiff is imminent as a result of Ocean Charm's

15   conduct, and Plaintiff is without an adequate remedy at law.

16         101.    Plaintiff is entitled to an injunction restraining Unicorn Tile, its officers, directors,

17   agents, employees, representatives and all persons acting in concert with them from engaging in

18   further such acts of copyright infringement and to an impounding and disposition of all remaining

19   infringing medallions under defendant's control or possession.

20         102.    Plaintiff is further entitled to recover from Ocean Charm the damages sustained by

21   Plaintiff as a result of Ocean Charm's acts of copyright infringement.

22         103.    Plaintiff is further entitled to an accounting and to recover from Ocean Charm the

23   gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

24         104.    Plaintiff is alternatively further entitled to recover statutory damages under 17

25   U.S.C. § 504 for violation of its registered copyright.

26         105.    Plaintiff is further entitled to an award of its "full costs" and its reasonable

27   attorney's fees.

28   ///

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 14 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT

Case No. _____

## COUNT VII

## COPYRIGHT INFRINGEMENT OF THE '758 REGISTRATION

106.    Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 19, and 32 through 105 as if fully set forth herein.

107.    All statutory conditions precedent to the institution and maintenance of the instant action have been performed or have occurred.

108.    Defendant Ocean Charm has infringed, contributed to, or induced the infringement of Plaintiff's copyrighted Work Registration No. VA 1 380 758, for the "2275 01" design of cut stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and reproduced, assisting in making and reproducing, displaying and/or distributing the Medallion No. MR 827, which is identical to or substantially similar to the work of the '758 Registration.

109.    On information and belief, Ocean Charm's aforesaid acts were deliberate, willful, and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

110.    Ocean Charm's aforesaid acts have caused and will continue to cause substantial and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work unless such acts are restrained by this Court.

111.    Further irreparable harm to plaintiff is imminent as a result of Ocean Charm's conduct, and HLI is without an adequate remedy at law.

112.    Plaintiff is entitled to an injunction restraining Ocean Charm, its officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement and to an impounding and disposition of all remaining infringing medallions under defendant's control or possession.

113.    Plaintiff is further entitled to recover from Ocean Charm the damages sustained by Plaintiff as a result of Ocean Charm's acts of copyright infringement.

114.    Plaintiff is further entitled to an accounting and to recover from Ocean Charm the gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

115.    Plaintiff is alternatively further entitled to recover statutory damages under 17

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 15 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT

Case No. _____

1  U.S.C. § 504 for violation of its registered copyright.

2       116.   Plaintiff is further entitled to an award of its "full costs" and its reasonable

3  attorney's fees.

## COUNT VIII

### COPYRIGHT INFRINGEMENT OF THE '787 REGISTRATION

6       117.   Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1

7  through 31 as if fully set forth herein.

8       118.   All statutory conditions precedent to the institution and maintenance of the instant

9  action have been performed or have occurred.

10      119.   Defendant Unicorn Tile has infringed, contributed to, or induced the infringement

11 of Plaintiff's copyrighted Work Registration No. VA 1 299 787, for the "3205 01" design of cut

12 stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and

13 reproduced, assisting in making and reproducing, displaying and/or distributing the Verona

14 medallion, which is identical to or substantially similar to the work of the '787 Registration.

15      120.   On information and belief, Unicorn Tile's aforesaid acts were deliberate, willful,

16 and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done

17 so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

18      121.   Unicorn Tile's aforesaid acts have caused and will continue to cause substantial

19 and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work

20 unless such acts are restrained by this Court.

21      122.   Further irreparable harm to plaintiff is imminent as a result of Unicorn Tile's

22 conduct, and HLI is without an adequate remedy at law.

23      123.   Plaintiff is entitled to an injunction restraining Unicorn Tile, its officers, directors,

24 agents, employees, representatives and all persons acting in concert with them from engaging in

25 further such acts of copyright infringement and to an impounding and disposition of all remaining

26 infringing medallions under defendant's control or possession.

27      124.   Plaintiff is further entitled to recover from Unicorn Tile the damages sustained by

28 Plaintiff as a result of Unicorn Tile's acts of copyright infringement.

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

125.    Plaintiff is further entitled to an accounting and to recover from Ocean Charm the gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

126.    Plaintiff is alternatively further entitled to recover statutory damages under 17 U.S.C. § 504 for violation of its registered copyright.

127.    Plaintiff is further entitled to an award of its "full costs" and its reasonable attorney's fees.

**COUNT IX**

**COPYRIGHT INFRINGEMENT OF THE '781 REGISTRATION**

128.    Plaintiff incorporates herein each and every allegation set forth in Paragraphs 1 through 31, and 117 through 127 as if fully set forth herein.

129.    All statutory conditions precedent to the institution and maintenance of the instant action have been performed or have occurred.

130.    Defendant Unicorn Tile has infringed, contributed to, or induced the infringement of Plaintiff's copyrighted Work Registration No. VA 1 299 781, for the "3026 01" design of cut stone, under 17 U.S.C. § 501 by preparing, making and/or reproducing, directing to be made and reproduced, assisting in making and reproducing, displaying and/or distributing the Victoria medallion, which is identical to or substantially similar to the work of the '781 Registration.

131.    On information and belief, Unicorn Tile's aforesaid acts were deliberate, willful, and intentional violations of Plaintiff's rights for the purpose of commercial gain, and were done so knowingly without the authorization of Plaintiff and with full knowledge of Plaintiff's rights.

132.    Unicorn Tile's aforesaid acts have caused and will continue to cause substantial and irreparable injury to Plaintiff and damage to its ownership rights in the copyrighted work unless such acts are restrained by this Court.

133.    Further irreparable harm to plaintiff is imminent as a result of Unicorn Tile's conduct, and Plaintiff is without an adequate remedy at law.

134.    Plaintiff is entitled to an injunction restraining Unicorn Tile, its officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement and to an impounding and disposition of all remaining

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

COMPLAINT FOR COPYRIGHT INFRINGEMENT                    Case No. _____

1    infringing medallions under defendant's control or possession.

2         135.    Plaintiff is further entitled to recover from Unicorn Tile the damages sustained by

3    Plaintiff as a result of Unicorn Tile's acts of copyright infringement.

4         136.    Plaintiff is further entitled to an accounting and to recover from Ocean Charm the

5    gains, profits and advantages it has obtained as a result of its acts of copyright infringement.

6         137.    Plaintiff is alternatively further entitled to recover statutory damages under 17

7    U.S.C. § 504 for violation of its registered copyright.

8         138.    Plaintiff is further entitled to an award of its "full costs" and its reasonable

9    attorney's fees.

### PRAYER

11    WHEREFORE, Plaintiff HLI prays:

12        (a)    That this Court will adjudge that the copyright in and to the aforesaid copyrighted

13    works, U.S. Copyright Regis. Nos. VA 1 353 112, VA 1 311 707, VA 1 311 700, VA 1 311 699,

14    VA 1 311 698, VA 1 299 787, VA 1 299 781 and VA 1 380 758, have been infringed as a direct

15    and proximate result of the acts of Defendants as set forth in this Complaint, in violation of

16    Plaintiff's rights under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.;

17        (b)    For a preliminary and permanent injunction enjoining and restraining Defendants

18    and all officers, directors, agents, servants, employees, affiliates, attorneys, successors, and

19    assigns, and all persons acting in active concert or participation therewith from infringing

20    Plaintiff's copyrights in any manner, and from reproducing, displaying, exhibiting, distributing or

21    otherwise using or disposing of any materials which in whole or in part is copied from Plaintiff's

22    copyrighted works;

23        (c)    That Defendants each be required to deliver up for destruction all goods, sketches,

24    signs, brochures, prints, packages, wrappers, receptacles, advertisements, and other written or

25    printed materials that bear the copyrighted works or any design similar thereto;

26        (d)    That Defendants each account for and Plaintiff recover Defendants' profits and the

27    damages of Plaintiff arising from Defendants' acts involving copyright infringement, or

28    alternatively at Plaintiff's election, an award of statutory damages as provided by 17 U.S.C. §

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

38383648.1

- 18 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT                    Case No. _____

1    504(c);

2        (e)     That Plaintiff recover both prejudgment and post judgment interest on each and

3    every award;

4        (f)     That Plaintiff recover increased statutory damages under 17 U.S.C. § 504, because

5    the infringements were committed willfully;

6        (g)     That Plaintiff recover pursuant to 17 U.S.C. § 505 its reasonable attorneys' fees

7    incurred in this action;

8        (h)     That Plaintiff have and recover its full costs incurred in this action; and

9        (i)     That Plaintiff have other and such further relief as the Court deems just and proper.

10                                  **JURY DEMAND**

11       Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and the 7th Amendment to

12   the Constitution of the United States, plaintiff demands a trial by jury of all issues triable as of

13   right by jury in the above action.

14   DATED: June 5, 2008                    DUCKOR SPRADLING METZGER & WYNNE
                                            A Law Corporation
15

16

17                                          By: _____

18                                          DOUGLAS W. LYTLE
                                            Attorneys for Plaintiff
19                                          HONOR LIFE, INC.

20

21

22

23

24

25

26

27

28

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION          38383648.1

## TABLE OF CONTENTS – EXHIBITS TO COMPLAINT

| Exh. | Description | Page Numbers |
|------|-------------|--------------|
| A | U.S. Copyright Registration No. VA 1 353 112 for the "4028 01" design of cut stone (the "'112 registration") | 1-3 |
| B | U.S. Copyright Registration No. VA 1 311 707 for the "2830 01" design of cut stone (the "'707 registration") | 4-6 |
| C | U.S. Copyright Registration No. VA 1 311 700 for the "3940 01" design of cut stone (the "'700 registration") | 7-9 |
| D | U.S. Copyright Registration No. VA 1 311 699 for the "3075 01" design of cut stone (the "'699 registration") | 10-12 |
| E | U.S. Copyright Registration No. VA 1 311 698 for the "2930 01" design of cut stone (the "'698 registration") | 13-15 |
| F | U.S. Copyright Registration No. VA 1 299 787 for the "3205 01" design of cut stone (the "'787 registration") | 16-18 |
| G | U.S. Copyright Registration No. VA 1 299 781 for the "3026 01" design of cut stone (the "'781 registration") | 19-21 |
| H | U.S. Copyright Registration No. VA 1-380-758 for the "2275-01" design of cut stone (the "758 registration) | 22-24 |
| I | Copies of Unicorn Tile's website and web pages displaying the Victoria and Verona medallions | 25-30 |
| J | 2-14-08 Letter from Mr. Souders to Mr. Mai of Unicorn Tile | 31 |
| K | 3-3-08 Letter from Mr. Mai responding to Mr. Souders' 2-14-08 Letter | 32 |
| L | Copies of Ocean Charm's website and web pages from www.atmarbledesign.com displaying WR 705B, WR 880C, MR 701, WS 787, MS 770, MR 712, MR 826 and MR 827 medallions | 33-43 |

383665.1

# COMPLAINT

# EXHIBIT "A"

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-353-112**

EFFECTIVE DATE OF REGISTRATION

Feb    22    2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

4028-01

NATURE OF THIS WORK ▼ See Instructions

Design of cut stone

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼

Honor Life, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  USA
     Domiciled in  USA }

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  Name of Author ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2005
This information must be given Year in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month _____ Day 3 Year 2006
USA
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Honor Life, Inc.
955 Park Center Drive
Vista, CA 92081

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 2 2 2006
ONE DEPOSIT RECEIVED
FEB 2 2 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

**EXHIBIT A**
**PAGE 1**

| EXAMINED BY _HBM_ | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Roderick J. Geis
Honor Life, Inc.
955 Park Center Drive
Vista, CA 92081
Area code and daytime telephone number ( 760 ) 727-8561    Fax number ( 760 ) 727-2451
Email rgeis@honorlife.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Honor Life, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Roderick J. Geis    Date 02/13/2006

Handwritten signature (X) ▼
X _Roderick J. Geis_

**9**
Certificate will be mailed in window envelope to this address:
Name ▼ Honor Life, Inc.
Number/Street/Apt ▼ 955 Park Center Drive
City/State/ZIP ▼ Vista, CA 92081

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
• SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000    Web Rev: June 2002    Printed on recycled paper    U.S. Government Printing Office: 2003-496-605/60,029

EXHIBIT A
PAGE 2



Honor Life Medallion #4028-01

# COMPLAINT

# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**REG** **VA 1-311-707**

EFFECTIVE DATE OF REGISTRATION

MARCh 8 2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**

2830 01

**NATURE OF THIS WORK ▼** See instructions

Design of cut stone

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**  **NAME OF AUTHOR ▼**

Honor Life  Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law,
the author of
a work made
for hire is
generally the
employer, not
the employee
(see instruc-
tions) For any
part of this
work that was
made for hire
check 'Yes' in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as 'Author' of
that part and
leave the
space for dates
of birth and
death blank

**Was this contribution to the work a work made for hire ?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
Domiciled in  USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is 'Yes,' see detailed instructions

**Nature of Authorship** Check appropriate box(es)  **See instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a work made for hire ?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

**Nature of Authorship**  Check appropriate box(es)  **See instructions**
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a**  **Year in Which Creation of This Work Was Completed**
2003
This information must be given
Year  In all cases

**b**  **Date and Nation of First Publication of This Particular Work**
Complete this information
ONLY if this work
has been published
Month  8    Day  13    Year  2002
USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Honor Life  Inc
955 Park Center Drive
Vista, CA 92081

APPLICATION RECEIVED
3-8-04    7-25-05
ONE DEPOSIT RECEIVED
3-8-04    7-25-05
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

**EXHIBIT B**
**PAGE 4**

| EXAMINED BY DW | FORM VA |
|---|---|
| CHECKED BY | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Antique classical design

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Adaptation of design plus additional artwork and modification of design to format of cut stone medallion

**6**

a   See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Roderick J  Geis

Honor Life  Inc

955 Park Center Drive

Vista  CA  92081

b

Area code and daytime telephone number   ( 760 ) 727 8561        Fax number   ( 760 ) 727 2451

Email  rgeis@honorlife com

**CERTIFICATION*** I  the undersigned  hereby certify that I am the

check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Honor Life  Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Roderick J  Geis        Date 03/17/2004

Handwritten signature (X) ▼

X  _Roderick J Geis_

| Certificate will be mailed in window envelope to this address | Name ▼ Honor Life  Inc |
|---|---|
| | Number/Street/Apt ▼ 955 Park Center Drive |
| | City/State/ZIP ▼ Vista  CA  92081 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to  Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  August 2003—30 000   Web Rev  June 2002   ⊕ Printed on recycled paper        U S  Government Printing Office  2003-496-605/60 029

**EXHIBIT B
PAGE 5**



Honor Life Medallion #2830-01

**COMPLAINT**

**EXHIBIT "C"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-311-700**

EFFECTIVE DATE OF REGISTRATION

MARCH 8 2004
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

Title of This Work ▼
3940 01

NATURE OF THIS WORK ▼ See instructions
Design of cut stone

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

NAME OF AUTHOR ▼
Honor Life Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ USA
     Domiciled in ____ USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☒ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
     Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

## 3

**a** Year in Which Creation of This Work Was Completed    2003
This information must be given in all cases
Year

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month 5    Day 13    Year 2003
USA    Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Honor Life Inc
955 Park Center Drive
Vista, CA 92081

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
MARCH 8, 2004    7-25-05
ONE DEPOSIT RECEIVED
MARCH 8 2004    7-25-05
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT C
PAGE 7

| | |
|---|---|
| EXAMINED BY _DW_ | FORM VA |
| CHECKED BY | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed  version of the work  as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Antique classical design

b  Material Added to This Work  Give a brief  general  statement of the material that has been added to this work and in which copyright is claimed ▼

Adaptation of design plus additional artwork and modification of design to format of cut stone medallion

**6**
a
_See instructions before completing this space_
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Roderick J  Geis

Honor Life  Inc

955 Park Center Drive

Vista  CA  92081

Area code and daytime telephone number  ( 760 ) 727 8561        Fax number  ( 760 ) 727 2451

Email  rgeis@honorlife com

b

**CERTIFICATION*** I  the undersigned  hereby certify that I am the

check only one ▶  ☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Honor Life  Inc

_Name of author or other copyright claimant, or owner of exclusive right(s) ▲_

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼  If this application gives a date of publication in space 3  do not sign and submit it before that date

Roderick J  Geis                Date  03/17/2004

Handwritten signature (X) ▼

x _Roderick J. Geis_

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ Honor Life  Inc |
|---|---|
| | Number/Street/Apt ▼ 955 Park Center Drive |
| | City/State/ZIP ▼ Vista  CA  92081 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to  Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

*17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or  in any written statement filed in connection with the application  shall be fined not more than $2 500*

Rev August 2003—30 000  Web Rev June 2002  ⊕ Printed on recycled paper        U S Government Printing Office  2003-496-605/60 029

EXHIBIT C
PAGE 8



Honor Life Medallion #3940-01

EXHIBIT C
PAGE 9

# COMPLAINT

# EXHIBIT "D"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-311-699**

EFFECTIVE DATE OF REGISTRATION

MARCH 8 2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼
3075 01

NATURE OF THIS WORK ▼ See Instructions
Design of cut stone

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

a

NAME OF AUTHOR ▼
Honor Life Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of    USA
     Domiciled in   USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of    _____
     Domiciled in   _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

a
Year in Which Creation of This Work Was Completed
2003
◄ This information must be given Year in all cases

b
Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month 5    Day 22    Year 2003
USA    Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Honor Life Inc
955 Park Center Drive
Vista CA 92081

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
3-8-04    7-25-05
ONE DEPOSIT RECEIVED
3-8-04    7 25-05
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT D
PAGE 10

EXAMINED BY  DW                    FORM VA

CHECKED BY

☒ CORRESPONDENCE                   FOR
   Yes                            COPYRIGHT
                                   OFFICE
                                   USE
                                   ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is 'Yes', why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is 'Yes', give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Antique classical design

**6**

a

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Adaptation of design plus additional artwork and modification of design to format of cut stone medallion

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Roderick J. Geis

Honor Life Inc

955 Park Center Drive

Vista, CA 92081

b

Area code and daytime telephone number  ( 760 ) 727 8561              Fax number  ( 760 ) 727 2451

Email  rgeis@honorlife.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Honor Life, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Roderick J. Geis                                    Date  03/17/2004

Handwritten signature (X) ▼

x  _Roderick A. Geis_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Honor Life  Inc

Number/Street/Apt ▼
955 Park Center Drive

City/State/ZIP ▼
Vista, CA 92081

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit Material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev  August 2003—30,000    Web Rev  June 2002    ♻ Printed on recycled paper                    U.S. Government Printing Office  2003-496-605/60 029

EXHIBIT D
PAGE 11



Honor Life Medallion #3075-01

# COMPLAINT

# EXHIBIT "E"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–311–698**

EFFECTIVE DATE OF REGISTRATION

**MARCH 8 2004**
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**
2930-01

**NATURE OF THIS WORK ▼** See Instructions
Design of cut stone

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Honor Life, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law the author of a "work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2003
This information must be given Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month 8 Day 1 Year 2003
ONLY if this work has been published USA          Nation

## 4

See Instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Honor Life, Inc
955 Park Center Drive
Vista CA 92081

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MARCH 8 2004 7-25-05
ONE DEPOSIT RECEIVED
MARCH 8, 2004 7-25-05
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page   See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

**✶ Deleted by C O  on authority of phone call on 8/5/05 with Roderick J  Geis**

| | |
|---|---|
| EXAMINED BY    DW | FORM VA |
| CHECKED BY | |
| ☒ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office

☐ Yes ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

✶ ~~Automotive graphics~~

b **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

✶ ~~Adaptation of design plus additional artwork and modification of design for format of cut stone medallion~~

**6**

a
b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit A  ount established in the Copyright Office  give name and number of Account

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this appli ation should be sent  Name/Address/Apt/City/State/ZIP ▼

Roderick J  Geis
Honor Life  Inc
955 Park Center Drive
Vista  CA 92081

Area code and daytime telephone number  ( 760 ) 727 8561          Fax number  ( 760 ) 727 2451

Email  rgeis@honorlife com

b

**CERTIFICATION*** I  the undersigned  hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Honor Life  Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Roderick J  Geis          Date  03/17/2004

Handwritten signature (X) ▼

x  _Roderick J  Ge___

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼  Honor Life  Inc |
| | Number/Street/Apt ▼  955 Park Center Drive |
| | City/State/ZIP ▼  Vista  CA 92081 |

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  August 2003—30 000  Web Rev  June 2002  ● Printed on recycled paper          U S  Government Printing Office  2003-496-605/60 029



Honor Life Medallion #2930-01

# COMPLAINT

# EXHIBIT "F"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-299-787**

EFFECTIVE DATE OF REGISTRATION

FEB 0 8 2005
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

3205 01

NATURE OF THIS WORK ▼ See instructions

Design of cut stone

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

Honor Life  Inc

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
Domiciled in ___ USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture        ☐ Map            ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005
This information must be given in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month 1        Day 11        Year 2005
ONLY if this work has been published  USA        Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Honor Life  Inc
955 Park Center Drive
Vista  CA 92081

See instructions before completing this space

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
FEB 0 8 2005
ONE DEPOSIT RECEIVED
FEB 0 8 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _2_ pages

EXHIBIT F
PAGE 16

| EXAMINED BY | SDW | FORM VA |
|---|---|---|
| CHECKED BY | | |

| ☒ CORRESPONDENCE | FOR |
| Yes | COPYRIGHT |
| | OFFICE |
| | USE |
| | ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes why is another registration being sought? (See if appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Antique classical design

**6**

**a**
See instructions
before completing
this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Adaptation of design plus additional artwork and modification of design to format of cut stone medallion

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼                                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Roderick J Geis
Honor Life Inc
955 Park Center Drive
Vista CA 92081

**b**

Area code and daytime telephone number ( 760 ) 727 8561          Fax number ( 760 ) 727 2451

Email rgeis@honorlife com

**CERTIFICATION\*** I the undersigned hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Honor Life Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Roderick J Geis                                    Date 02/03/2005

Handwritten signature (X) ▼

X Roderick J Geis

| Certificate will be mailed in window envelope to this address | Name ▼ Honor Life Inc |
|---|---|
| | Number/Street/Apt ▼ 955 Park Center Drive |
| | City/State/ZIP ▼ Vista CA 92081 |

**YOU MUST:**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559 6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ⊕ Printed on recycled paper          U S Government Printing Office 2003 498-605/60 029

EXHIBIT F
PAGE 17



Honor Life Medallion #3205-01

EXHIBIT F
PAGE 18

# COMPLAINT

# EXHIBIT "G"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-299-781**

EFFECTIVE DATE OF REGISTRATION

FEB 0 8 2005

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

Title of This Work ▼

3026 01

NATURE OF THIS WORK ▼ See Instructions

Design of cut stone

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** Honor Life Inc

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

### NOTE

Under the law  the author of a  work made for hire  is generally the employer  not the employee  (see instructions)  For any part of this work that was made for hire  check  Yes  in the space provided  give the employer (or other person for whom the work was prepared) as  Author  of that part  and leave the space for dates of birth and death blank

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of  USA
       Domiciled in  USA

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is   Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture        ☐ Map                ☐ Technical drawing
☑ 2 Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Y
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of
       Domiciled in

Was This Author s Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is   Yes  see detailed instructions

Nature of Authorship  Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture        ☐ Map                ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph         ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design     ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2005
This information must be given
Year  In all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information  Month  1    Day  11    Year  2005
ONLY if this work has been published  USA                    Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Honor Life Inc
955 Park Center Drive
Vista  CA  92081

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright  ▼

See instructions before completing this space

APPLICATION RECEIVED
FEB 0 8 2005
ONE DEPOSIT RECEIVED
FEB 0 8 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

**EXHIBIT G
PAGE 19**

| EXAMINED BY | _Sow_ | FORM VA |
|---|---|---|
| CHECKED BY | | |

| ☒ CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Yes | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being  sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by  pace 6 on this application

If your answer is  Yes  give  **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is  based on or incorporates ▼

Antique classical design

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Adaptation of design plus additional artwork and modification of design to format of cut stone medallion

**6**

a

See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Roderick J Geis
Honor Life  Inc
955 Park Center Drive
Vista  CA 92081

b

Area code and daytime telephone number  ( 760 )  727 8561          Fax number  ( 760 )  727 2451

Email  rgeis@honorlife com

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Honor Life  Inc

Name of  author or other copyright claimant  or owner of exclusive  right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Roderick J Geis                    Date  02/03/2005

Handwritten signature (X) ▼

X  _Roderick J. G..._

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Honor Life  Inc |
| | Number/Street/Apt ▼ |
| | 955 Park Center Drive |
| | City/State/ZIP ▼ |
| | Vista  CA 92081 |

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington D C  20559 6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright  registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  Aug  in 2003—30 000   Web Rev  Ju  e 2002   ♻ Printed on recycled paper          U S  Government Printing Office  2003-496 605/60 029

**EXHIBIT G**
**PAGE 20**



Honor Life Medallion #3026-01

# COMPLAINT

# EXHIBIT "H"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

REGIST

**VA 1 – 380 – 758**

|  VA  |  VAU  |
|------|-------|

EFFECTIVE DATE OF REGISTRATION

Sep 5 2006

Month    Day    Year

RATE CONTINUATION SHEET.

---

**1**
Title of This Work ▼

2275-01

NATURE OF THIS WORK ▼ See instructions

Design of cut stone

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

Honor Life, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country

OR { Citizen of ___ USA ___
     Domiciled in ___ USA ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country

OR { Citizen of ___
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

**3**
**a** Year in Which Creation of This Work Was Completed
2006
This information must be given
Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 8  Day 29  Year 2006  USA  Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Honor Life, Inc.
955 Park Center Drive
Vista, CA 92081

APPLICATION RECEIVED
SEP 0 5 2006
ONE DEPOSIT RECEIVED
SEP 0 5 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                • See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

**EXHIBIT H**
**PAGE 22**

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

**a**

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                   **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent: Name/Address/Apt/City/State/ZIP ▼

Roderick J. Geis
Honor Life, Inc.
955 Park Center Drive
Vista, CA 92081

Area code and daytime telephone number   ( 760 ) 727-8561        Fax number   ( 760 ) 727-2451

Email   rgeis@honorlife.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Honor Life, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Roderick J. Geis                                   Date  08/29/2006

Handwritten signature (X) ▼

X  _Roderick J. Geis_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Honor Life, Inc. |
|---|---|
| | Number/Street/Apt ▼<br>955 Park Center Drive |
| | City/State/ZIP ▼<br>Vista, CA 92081 |

**9**

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Form and fee are subject to change. For information on the current fee, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT H
PAGE 23



Honor Life Medallion #2275-01

EXHIBIT H
PAGE 24

# COMPLAINT

# EXHIBIT "I"

Case 3:08-cv-01008-L-POR    Document 1    Filed 06/05/2008    Page 54 of 77

www.unicorn-tile.com:About

HOME ⓒ 2007 UNICORN TILE CORP MUSIC < ON/OFF DESIGN BY: RAISE IDEA

UNICORN

POLISHED PORCELAIN SERIES | RUSTIC SERIES | WALL TILE SERIES | MEDALLIONS | UPCOMING EVENTS

## ABOUT UNICORN TILE
### Welcome to Unicorn Tile Corp.

Based in Anaheim, California, Unicorn Tile is one of the fastest growing distribution companies in the industry. Partnered with our factories in China,
we are able to provide you with low competitive price, quality material and constant stock availability of our inventories. We are always expanding our
lines with new series and continuously improving the quality of our products.

Unicorn Tile prides itself on offering you a superior level of service and customer care. Blessed with our dedicated and friendly staff, you will experience a pleasant and helpful service from our samples, sales, order-desk, warehouse, and accounting departments.

Our goal is to achieve mutually beneficial relationships with everyone and every company that we are in business with. Thank you very much for your interest in Unicorn Tile products.

Unicorn Tile Corp
2020 East Orangethorpe Avenue
Anaheim, CA 92806
Telephone (714) 525 1188
Facsimile (714) 525 1133

EXHIBIT I-1
PAGE 25

http://www.unicorn-tile.com/about.asp

5/14/2008

E-mail: info@unicorntiles.com

©2007 UNICORN TILE CORP

www.unicorn-tile.com/About

http://www.unicorn-tile.com/about.asp

**EXHIBIT I-2**
**PAGE 26**



HOME  © 2007 UNICORN TILE CORP  MUSIC ◄ ON/OFF  DESIGN BY: RAISE IDEA

## UPCOMING EVENTS

POLISHED PORCELAIN SERIES | RUSTIC SERIES | WALL TILE SERIES | MEDALLIONS

*medallio*



**Medusa**



size:48"x48"

**Batik**



size:36"x36"  48"x48"

**North Star**

**Tikar**

EXHIBIT I-3
PAGE 27

http://www.unicorn-tile.com/medallions01.asp

www.unicorn-tile.com:MEDALLIONS



size:24"x24"  36"x36"  48"x48"



**Victoria**

size:36"x72"



size:36"x36"  48"x48"

**Verona**

size:36"x36"

**Picasso**

http://www.unicorn-tile.com/medallions01.asp

**EXHIBIT I-4**
**PAGE 28**



# Verona
## Size:36"x36"

**EXHIBIT I-5**
**PAGE 29**



# Victoria
## Size:36"x72"

www.unicorn-tile.com:SHOW

**EXHIBIT I-6**
**PAGE 30**

# COMPLAINT

# EXHIBIT "J"

**H L HONOR LIFE, INC.**

# NATURAL STONE MEDALLIONS

955 Park Center Dr.
Vista, CA 92081
800-585-5768
760-727-2451 fax
www.hlmedallions.com

February 14, 2008

Mr. Tey Shen Mai
Unicorn Tile Corp.
2020 E. Orangethorpe Ave.
Anaheim, CA  92806

Dear Mr. Tey Shen Mai,

I met you at the Surfaces show and informed you that we owned copyrights on several of the designs in your 2008 product catalogue. Attached are copies of the copyrights for your Tikar, Victoria and Verona products. It is clear to us that these were taken directly off one of our web sites, most likely medallionoutlet.com. Your oval Victoria is a substantially similar copy of our 5025 01 design and is covered by our 3026 01 round copyright.

Based on our rights, we can demand that your company immediately stop selling or offering these designs and that you turn over all inventory and printed materials to us. Since you have spent money on your catalogue, distributed many of them and possibly sold product, we realize that this sort of demand would be detrimental to your business. So we would rather offer you a license fee to resolve this matter.

What we propose is an annual license fee for each design. This would get through 2008 and give you time to change your line for 2009 or you can continue to pay the annual fee to use the designs. The annual fee is $1500.00 for each design.

Awaiting your reply.

Best Regards

Roger Souders
Vice President

**COMPLAINT**

**EXHIBIT "K"**



**UNICORN**

March 03, 2008

Honor Life Inc.
Mr. Roger Souders
955 Park Center Drive
Vista, CA 92081

Dear Mr. Souders,

Regarding your letter dated February 14, 2008 on medallion copyright issue, our company is not the producer of the medallions that we carry. Our Company purchased the medallions from factories in China.
Based on the fact above, we are not pulling the products from the market and we are not paying any kind of license fees.

Thank you very much for your time and kind attention.

Sincerely,

Tey Shen Mai
UNICORN TILE CORP

UNICORN TILE CORP.  2020 E. Orangethorpe Ave. Anaheim, CA 92806. T (714) 525 1188 - F (714) 525 1133

**EXHIBIT K**
**PAGE 32**

# COMPLAINT

# EXHIBIT "L"

American Tile and Marble Design

Case 3:08-cv-01008-L-POR    Document 1    Filed 06/05/2008    Page 65 of 77

5/21/2008





# AMERICAN TILE & MARBLE DESIGN
*Highest Quality Products at Lowest Possible Prices*

**AMERICAN TILE & MARBLE DESIGN**

Whether you are a builder, architect, designer or retailer, we invite you to see our family and experience the excellence of our products and the superiority of our service for yourself.

Our mission is to develop an honest, trustworthy, and dependable relationship with our customers, both on a personal and professional level.

HOME PAGE | PRODUCTS | DELIVERY | ABOUT | CONTACT

## Our Services



At American Tile and Marble Design, we are dedicated to providing our customers with the highest quality of products at the lowest possible prices.

We offer a large selection of products

American Tile and Marble Design is a leading importer of mosaic and water jet medallions. Our medallions are available in a variety of sizes, dimensions, and designs.

We supply beautiful water jet medallions and tile borders for both residential and commercial flooring projects. All of our water jet medallions come with



- MAJESTIC DESIGNS
- WATER-JET BORDER
- WATER-JET MEDALLIONS
- WATER-JET SQUARE
- SMALL SIZE MEDALLIONS
- MOSAIC MEDALLIONS
- MOSAIC BORDER
- MOSAIC TILE
- MOSAIC ART
- MOULDING

**EXHIBIT L-1**
**PAGE 33**

http://www.atmarbledesign.com/

# American Tile and Marble Design

These medallions range from 3/8" to 5 thickness, depending on the design, ar very lightweight so that they can be e installed with most any type of stone, l hardwood floor. Our most popular si medallions are 36" or 48" in diameter, round or square shapes.



aluminum backing for easy installation.

More info ›

**Special orders**

In addition to standard sizes and designs, we also accept special orders.

More info ›



with prices to suit any budget.

We welcome you to compare our prices with other leading suppliers.

We believe our customers are the most important part of our business, therefore we strive for the highest level of customer satisfaction.

More info ›



| Home page | Products | F.A.Q. | Delivery | About | Contact |

2007 © Copyright
AmericanTileAndMarbleDesign.com
All rights reserved.

EXHIBIT L-2
PAGE 34

Case 3:08-cv-01008-L-POR    Document 1    Filed 06/05/2008    Page 67 of 77

Contact Us - American Tile and Marble Design

www.AmericanTileAndMarbleDesign.c...



Whether you are a builder, archit...
designer or retailer, we invite you t...
our family and experience the excelle...
our products and the superiority of our
for yourself.

We supply beautiful water jet medallions a...

5/21/2008



# AMERICAN TILE & MARBLE DESIGN
*Highest Quality Products at Lowest Possible Prices!*

HOME PAGE | PRODUCTS | DELIVERY | ABOUT | CONTACT

Our mission is to develop an honest,
trustworthy, and dependable
relationship with our customers, both
on a personal and professional level.



AMERICAN TILE & MARBLE DESIGN

American Tile and Marble Design
are leading importers of mosaic
and water jet medallions. Our
medallions are available in a variety
of sizes, dimensions, and designs.

**Special orders**

In addition to
standard sizes and
designs, we also
accept special

## Contact Us

American Tile and Marble Design
2125 E. Howell Ave., Suite B
Anaheim, CA 92806

Tel: (714) 456-9090
Fax:(714)456-9085

EMAIL CONTACT:

Please contact us with any questions you have:



**EXHIBIT L-3
PAGE 35**

http://www.atmarbledesign.com/contact.html

# Contact Us - American Tile and Marble Design

borders for both residential and commercial projects. All of our water jet medallions cor aluminum backing for easy installatio

orders.

More info ▸



info@AtMarbleDesign.com

**American Tile And Marble Design**

2125 E. Howell Ave., Suite B
Anaheim, CA 92806
Tel:(714)456-9090
Fax:(714)456-9085
Email: info@AtMarbleDesign.com

**Home page**     **Products**     **F.A.Q.**     **Delivery**     **About**     **Contact**

2007 © Copyright
AmericanTileAndMarbleDesign.com
All rights reserved.

EXHIBIT L-4
PAGE 36

http://www.atmarbledesign.com/contact.html

5/21/2008

# Water-Jet Medallions - American Tile and Marble Design

We supply beautiful water jet medallions and tile borders for both residential and commercial flooring projects. All of our water jet medallions come with aluminum backing for easy installation.


WR-888


WR-701


WR-702


WR-706B




WR-705B




WR-706






WR-711


WR-708B




WR-716


WR-707B




WR-713


WR-712









**EXHIBIT L-5**
**PAGE 37**





Water-Jet Medallions - American Tile and Marble Design

**EXHIBIT L-6**
**PAGE 38**

# Water-Jet Square - American Tile and Marble Design

tile borders for both residential and commercial flooring projects. All of our water jet medallions come with aluminum backing for easy installation.



WS-773

WS-772

WS-791

WS-834

WS-752

WS-771

WS-787

WS-818





WS-732

WS-769

WS-777

WS-792







**EXHIBIT L-7**
**PAGE 39**

Page 3 of 3

5/21/2008

Water-Jet Square - American Tile and Marble Design



WS-935



WS-868



WS-867



WS-928

2007 © Copyright
AmericanTileAndMarbleDesign.com
All rights reserved.

**Home page    Products    F.A.Q.    Delivery    About    Contact**



EXHIBIT L-8
PAGE 40

5/21/2008

Mosaic Medallions - American Tile and Marble Design



GY_MR782



MR-701



MR-705



MR-708



GY_MR711



GY_MR838

MR-704



MR-707



GY_MR709

GY_MR783

MR-703

MR-706



We supply beautiful water jet medallions and tile borders for both residential and commercial flooring projects. All of our water jet medallions come with aluminum backing for easy installation.





**EXHIBIT L-9**
**PAGE 41**

http://www.atmarbledesign.com/m_medallions.html

MR-711

MR-721

MR-827

MR-835

MR-710

MR-715

MR-826

MR-834

MR-709

MR-712

MR-731

MR-828

**EXHIBIT L-10**
**PAGE 42**

5/21/2008

Mosaic Medallions - American Tile and Marble Design



MS-770



MS-772

MS-730

2007 © Copyright
AmericanTileAndMarbleDesign.com
All rights reserved.

Home page    Products    F.A.Q.    Delivery    About    Contact

EXHIBIT L-11
PAGE 43

http://www.atmarbledesign.com/m_medallions.html

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

HONOR LIFE, INC.

**DEFENDANTS**

UNICORN TILE CORPORATION, et al.

**(b)** County of Residence of First Listed Plaintiff  SAN DIEGO, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  ORANGE, CA
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Douglas W. Lytle, Esq. / SBN 178315 - Duckor Spradling Metzger & Wynne, 3043 4th Ave., San Diego, CA  92103

Attorneys (If Known)

'08 CV 1008 L POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 USC 101

Brief description of cause:
Copyright Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE                          DOCKET NUMBER

DATE
06/05/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  151643   AMOUNT  $350   APPLYING IFP         JUDGE            MAG. JUDGE

TAC   6/5/08

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 151643    — TC

# June 05, 2008
# 14:50:09

## Civ Fil Non-Pris
USAO #.: 08CV1008
Judge..: M. JAMES LORENZ
Amount.:                    $350.00 CK
Check#.: BC7647

# Total—> $350.00

FROM: HONOR LIFE, INC
      V.
      UNICORN TILE CO.

AO 121 (6/90)

| TO: <br><br> **Register of Copyrights** <br> **Copyright Office** <br> **Library of Congress** <br> **Washington, D.C. 20559** | **REPORT ON THE** <br> **FILING OR DETERMINATION OF AN** <br> **ACTION OR APPEAL** <br> **REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. <br> 08cv1008 | DATE FILED <br> 6/5/2008 | United States District Court, Southern District of California <br> 880 Front Street, Room 4290 <br> San Diego, CA 92101-8900 |
| PLAINTIFF <br> Honor Life, Inc. | | DEFENDANT <br> Unicorn Tile Corporation et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA 1-353-112 | 4028-01 | Honor Life, Inc. |
| 2 VA 1-311-707 | 2830-01 | Honor Life, Inc. |
| 3 VA 1-311-700 | 3940-01 | Honor Life, Inc. |
| 4 VA 1-311-699 | 3075-01 | Honor Life, Inc. |
| 5 VA 1-311-698 | 2930-01 | Honor Life, Inc. |
| 6 VA 1-299-787 | 3205-01 | Honor Life, Inc. |
| 7 VA 1-299-781 | 3026-01 | Honor Life, Inc. |
| 8 VA 1-380-758 | 2275-01 | Honor Life, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy