# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -5 PM 2: 51

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

HONOR LIFE, INC.

vs

UNICORN TILE CORPORATION and OCEAN CHARM, INC. d/b/a AMERICAN TILE AND MARBLE DESIGN, and DOES 1-20, inclusive

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1008 L POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Douglas W. Lytle, Esq. (SBN 178315)
Duckor Spradling Metzger & Wynne
3043 4th Avenue
San Diego, California 92103
Phone 619/209-3000; Fax 619/209-3043

An answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. SAMUEL HAMRICK, JR.

JUN 0 5 2008

_____          _____
         CLERK                                 DATE

By  B. LLOYD , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

CR