1  Douglas W. Lytle (Bar No. 178315)
   lytle@dsmwlaw.com
2  **DUCKOR SPRADLING METZGER & WYNNE**
   A Law Corporation
3  3043 4th Avenue
   San Diego, California 92103
4  (619) 209-3000; (619) 209-3043 fax

5  Attorneys for Plaintiff
   HONOR LIFE, INC.

FILED
JUN 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONOR LIFE, INC., | CASE NO. '08 CV 1008 L POR |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| v. | Action Filed: |
| UNICORN TILE CORPORATION and OCEAN CHARM, INC. d/b/a AMERICAN TILE AND MARBLE DESIGN, and DOES 1-20, inclusive, | Trial Date: None set |
| Defendants. | |

The undersigned, counsel of record for plaintiff HONOR LIFE, INC., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTIES | CONNECTION/INTEREST |
|---|---|
| Honor Life, Inc. | Plaintiff |
| Unicorn Tile Corporation | Defendant |

///

///

///

| | PARTIES | CONNECTION/INTEREST |
|---|---|---|
| 1 | | |
| 2 | Ocean Charm, Inc. d/b/a/ American Tile and Marble Design | Defendant |
| 3 | | |

DATED: June 5, 2008

DUCKOR SPRADLING METZGER & WYNNE
A Law Corporation

By: _____
DOUGLAS W. LYTLE
Attorneys for Plaintiff
HONOR LIFE, INC.