Douglas W. Lytle (Bar No. 178315)
lytle@dsmwlaw.com
**DUCKOR SPRADLING METZGER & WYNNE**
A Law Corporation
3043 4th Avenue
San Diego, California 92103
(619) 209-3000; (619) 209-3043 fax

Attorneys for Plaintiff
HONOR LIFE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONOR LIFE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNICORN TILE CORPORATION and OCEAN CHARM, INC. d/b/a AMERICAN TILE AND MARBLE DESIGN, and DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO.: 08 CV 1008 L POR<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT SOLELY AS TO DEFENDANT UNICORN TILE CORPORATION ONLY<br><br>[FRCP 41(A)(1)(a)(1)]<br><br>Action Filed: June 5, 2008<br>Trial Date: None set |

    PLEASE TAKE NOTICE THAT Plaintiff Honor Life, Inc. ("HLI"), pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(a)(i), and Pedrina v. Chun, 987 F.2d 608, 609-610 (9th Cir. 1993), hereby dismisses its Complaint with prejudice solely as to defendant Unicorn Tile Corporation only.

DATED: September 3, 2008

        DUCKOR SPRADLING METZGER & WYNNE
        A Law Corporation

        By: _____
        DOUGLAS W. LYTLE
        Attorneys for Plaintiff
        HONOR LIFE, INC.